IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **RENEE PORTER** § | |
| § | |
| **Plaintiff,** § | |
| § | CIVIL ACTION NO. 5-06CV-06 |
| v. § | JUDGE: David Folsom |
| § | JURY DEMANDED |
| **SCOTT BLACK, M.D.** § | |
| § | |
| **Defendant** § | |

## REVISED AGREED SCHEDULING ORDER

After reviewing the report from the parties required by Fed. R. Civ. P. 26(f), and hearing the arguments of Counsel, the court hereby enters the following Revised Agreed Scheduling Order pursuant to this court's Local Rule CV-16 and Fed. R. Civ. P. 16:

(1) Other parties shall be joined by **September 22, 2006**. (A motion for leave to add parties is not necessary provided parties are added by this date, otherwise, leave of court is required. The date to add parties should be at least 60 days before the deadline for filing motions listed in (3) below.)

(2) Amended pleadings shall be filed by **November 1, 2006**. (A motion for leave to amend is not necessary if filed before this date; however, this date should be at least 30 days before the deadline for filing motions listed in (3) below.)

(3) All motions to transfer, motions to remand, motions to dismiss, motions for summary judgment, or other dispositive motions, and *Daubert* motions shall be filed by **December 1, 2006**. (In order for the court to make a ruling on these motions before the final pre-trial conference, this date should be at least 60 days before the final pre-trial conference.)

(4) Disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) shall be made by the plaintiff by **August 14, 2006**, and by the defendant by **September 25, 2006**. Thereafter, each party shall have until **October 30, 2006** to object to any other party's expert witnesses. Such objections shall be made by a motion to strike or limit expert testimony and shall be accompanied by a copy of the

Page 1

expert's report in order to provide the court with all of the information necessary to make a ruling on any objection.

(5)  Pre-trial disclosure pursuant to Fed. R. Civ. P. 26(a)(3) shall be made by the plaintiff by **November 20, 2006**, and by the defendant by **December 4, 2006**. Unless otherwise directed by the court, these disclosures must be made at least 30 days before trial. Within 14 days thereafter, unless a different time is specified by the court, a party may serve and promptly file a list disclosing (i) any objections to the use under Rule 32(a) of a deposition designated by another party under Rule 26(a)(3)(B), and (ii) any objection, together with the grounds therefor, that may be made to the admissibility of materials identified under Rule 26(a)(3)(C). Objections not so disclosed, other than objections under Rules 402 and 403 of the Federal Rules of Evidence, are waived unless excused by the court for good cause.

(6)  All discovery shall be commenced in time to be completed by **November 7, 2006** is date should be a date at least 90 days before the final pre-trial conference (10).)

(7)  This case shall be mediated by **January 5, 2007**. If the parties agree on a mediator, they shall so notify the court in writing of the name, address, and telephone number of the mediator by **December 1, 2006**. Otherwise, the court will select a mediator.

(8)  A Joint Final Pretrial Order prepared in accordance with Local Rule CV-16(b) and Joint Proposed Jury Instructions and Verdict Form (or proposed Findings of Fact and Conclusions of Law in non-jury cases) shall be delivered by the plaintiff to the court by **January 22, 2007**. (This date should be a date at least 10 days before the final pre-trial conference.) In order to enable the plaintiff to prepare and deliver the Joint Final Pretrial Order and Joint Proposed Jury Instructions and Verdict Form (or proposed Findings of Fact and Conclusions of Law in non-jury cases) to the court, and to enable the defendants and any third-parties to participate in the preparation of such documents, the plaintiff shall provide the plaintiff's share of the necessary information to all other parties by **January 15, 2007**. Thereafter, all defendants and third-parties shall provide their share of the information to plaintiff by **January 18, 2007**. Parties are strongly encouraged to limit total deposition time to no more than one hour per deposition to be read or shown in court.

(9)  Any motions in limine shall be filed by **January 22, 2007**. (This date should be at least 10 days prior to the final pre-trial conference date(10).)

(10) This case is set for a final pre-trial conference on **February 5, 2007**.

**OTHER LIMITATIONS.** All depositions to be read into evidence or shown in court as part of the parties' case-in-chief shall be **EDITED** so as to exclude all unnecessary, repetitious, and

irrelevant testimony; **ONLY** those portions which are relevant to the issues in controversy shall be read into evidence or shown in open court. Parties are strongly encouraged to limit total deposition time to no more than one hour per deposition to be read or shown in court.

Dated:

Respectfully submitted,

**Anthony Biddle**
Attorney At Law
P.O. Box 3025
Texarkana, AR 75504
(870) 773-3184
(870) 773-4607

By: */signature/*
ANTHONY BIDDLE
State Bar No. 91071
chainge3@cableone.net

ATTORNEY FOR PLAINTIFF

Respectfully submitted,

**FLOWERS DAVIS, P.L.L.C.**
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
(903) 534-8063
(903) 534-1650 Facsimile

By: */signature/*
THOMAS H. BUCHANAN
State Bar No. 03290500

Lead Attorney
**JULIE P. WRIGHT**
State Bar No. 00794883
jpw@tyler.net

ATTORNEYS FOR DEFENDANT,
SCOTT BLACK, M.D.